## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| University of Maryland | ) | ASBCA Nos. 60223, 60224 |
| | ) | |
| Under Contract No. H98230-07-D-0175 | ) | |

APPEARANCES FOR THE APPELLANT:      Paul E. Pompeo, Esq.
                                    Craig A. Schwartz, Esq.
                                    Jen Gartner, Esq.
                                      Arnold & Porter Kaye Scholer LLP
                                      Washington, DC


APPEARANCES FOR THE GOVERNMENT:     Darrell F. Cook, Esq.
                                      Associate General Counsel
                                    Roshni Kurian, Esq.
                                    Sean M. Costello, Esq.
                                    Kathryn J. Payne, Esq.
                                      Trial Attorneys
                                      National Security Agency
                                      Fort George G. Meade, MD

### ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: February 21, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60223, 60224, Appeals of University of Maryland, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals